UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Sid Brooks

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No. |
| THE LIFELIKE COMPANY, | ) | 04-11529-SBB |
| a Delaware corporation d/b/a MY TWINN, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| TOM H. CONNOLLY, Chapter 7 Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. |
| | ) | 05-01831-SBB |
| QUAD/GRAPHICS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER DISMISSING AND CLOSING ADVERSARY PROCEEDING**

THIS MATTER comes before the Court *sua sponte*. The Court, having reviewed the file and being advised in the premises,

DOES FIND that on March 30, 2007, a settlement was approved in the underlying bankruptcy case and filed in this adversary proceeding (Docket #38). Plaintiff has not filed a motion to dismiss this adversary proceeding or any other pleading with this Court to further prosecute this matter. Therefore,

IT IS THEREFORE ORDERED that the within adversary proceeding is hereby DISMISSED, without prejudice. The Clerk of the Court may close the within adversary proceeding ten (10) days after this Order becomes final and non-appealable.

DATED this 26th day of September, 2007.

BY THE COURT

_____
Sidney B. Brooks, Chief Judge
United States Bankruptcy Court